*pauperis* granted.   Certiorari denied.

No. 01–1247.   WISCONSIN *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL.   C. A. 7th Cir.   Motion of Fidelity Exploration & Production Co. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 01–9400 (01A858).   GONZALEZ ET UX. *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; GONZALEZ ET UX. *v.* RIDDLE ET AL.; and GONZALEZ ET UX. *v.* ELDORADO BANK ET AL.   C. A. 9th Cir.   Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.   Certiorari denied.

No. 01–9441.   STRONG *v.* ILLINOIS OFFICE OF REHABILITATION SERVICES.   C. A. 7th Cir.   Certiorari before judgment denied.

No. 00–10873.   MILES *v.* BURGESS ET AL., 534 U. S. 884;
No. 01–6112.   POLANCO, AKA POLANCO-LIBRADO *v.* UNITED STATES, 534 U. S. 1057;
No. 01–7051.   McCALISTER *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante,* p. 955;
No. 01–7749.   YOUNG *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, *ante,* p. 939;
No. 01–7925.   REEDER *v.* CITY OF PARIS ET AL., *ante,* p. 959;
No. 01–7982.   JACKSON *v.* UNITED STATES, *ante,* p. 941;
No. 01–8262.   MARKHAM *v.* SMITH, WARDEN, *ante,* p. 997;
No. 01–8400.   BOWMAN *v.* BEASLEY ET AL., *ante,* p. 1001;
No. 01–8590.   PEREA *v.* BUSH, PRESIDENT OF THE UNITED STATES, ET AL., *ante,* p. 1002; and
No. 01–8940.   PERRY *v.* LaMANNA, WARDEN, *ante,* p. 1008. Petitions for rehearing denied.

No. 01–788.   COOPER, AKA WADUD *v.* HVASS, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS, *ante,* p. 954.   Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.   Petition for rehearing denied.